**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**National Automatic Sprinkler Industry Pension Fund, National Automatic Sprinkler Industry Welfare Fund, Local 669 National Automatic Sprinkler U.A. Education Fund, and Sprinkler Industry Supplemental Pension Fund,**

**Plaintiffs,**

**v.**

**Northstar Fire of America, Inc.,**
**Northstar Fire Protection, Inc.,**
**Northstar ATL, Inc.,**
**Northstar CHI, Inc.,**
**Northstar CMH, Inc.,**
**Northstar LAS, Inc.,**
**Northstar ME, Inc.,**
**Northstar NE, Inc.,**
**Northstar PHL, Inc.,**
**and Northstar SFO, Inc.,**

**Defendants.**

**Civil No. 01-261 JMR/SRN**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by January 15, 2002.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 15, 2001.

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) on or before September 4, 2001.

   b. By Defendant(s) on or before October 4, 2001.

   c. Rebuttal on or before November 5, 2001.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   1. By Plaintiff(s) on or before November 5, 2001.

   2. By Defendant(s) on or before December 5, 2001.

5. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 50 requests for documents shall be served by any party.

7. No more than 50 requests for admissions shall be served by any party.

8. No more than 15 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by April 24, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 30, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by March 15, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Angela Chianelli, 612-664-5073.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on June 3, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 2-3 days.

Dated: March 15, 2001.

Susan Richard Nelson
United States Magistrate Judge