**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Trustees of the National Automatic Sprinkler Industry Pension Fund, et al.,**

**Plaintiffs,**

**v.**

**Northstar Fire of America, Inc., et al.,**

**Defendants.**

**Civil No. 01-261 JMR/SRN**

**ORDER**

---

R. Richard Hopp, Esq., and Richard A. Williams, Jr., Esq. on behalf of Trustees of the National Automatic Sprinkler Industry Pension Fund, et al.

Richard Snyder, Esq., and Paul L. Landry, Esq., on behalf defendant Northstar Fire of America, Inc., et al.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned Magistrate Judge of District Court at a Status Conference on June 29, 2001, to address outstanding discovery issues, including the production of electronic data. The Court ordered the parties to meet and confer on certain discovery issues subsequent to the conference and to submit updated reports to the Court regarding the parties' progress in resolving discovery matters. The Court has received a report from Plaintiffs' counsel dated July 17, 2001, a report from Defense counsel dated July 18, 2001, and a reply report from Plaintiffs' counsel dated July 19, 2001. Based upon the arguments of counsel at the Status Conference, the reports to the Court and all the files, records and proceedings herein,

JUL 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED** that:

1. Defendants shall produce to Plaintiffs the electronic QuickBooks data and export data. Defendants have proposed that on July 24, 2001, the data transfer will occur at the offices of Defendants' counsel by transferring the QuickBooks data from Defendants computer to a C-D Rom. Plaintiffs will be assigned a user name to permit access to relevant data. Plaintiffs' counsel has raised concern about the use of a password to preclude the production of all QuickBooks data and has further raised a concern about the lack of production of any export files. At such time as the parties have evaluated the success of the electronic transfer on July 24, 2001, the parties are invited to provide to the Court updated reports regarding this production. That production will be discussed, if necessary, at the conference scheduled between the parties on Thursday, August 23, 2001, at 9:30 a.m.

2. The Court ordered that Defendants comply with Plaintiffs' First Request for Production of Documents, Requests Nos. 1, 2, 3, 4, 5, 6, 10 and 11 no later than July 16, 2001. It is the Court's understanding that Defendants have sought an extension of time to produce those records on July 24, 2001. Defendants must fully comply with these outstanding discovery requests on that date with the exception of certain subsections of Request No. 10, namely 10a, b, e and f. To the extent that there is a disagreement as to satisfactory compliance with Request No. 11, the parties are ordered to meet and confer and if necessary, provide the Court with an updated report regarding that dispute.

3. Defendants shall respond to Plaintiffs' First Request for Production of Documents No. 9 (personnel files) by producing any documents reflecting employees'

background, dates of hire, job duties, number of hours worked, compensation, expenses and subsistence, job description, location, address, telephone and social security number no later than July 24, 2001. (This date reflects an extension of time granted to the Defendants from the previously ordered production date of July 16, 2001).

4. Defendants shall respond to Plaintiff's First Request for Production of Documents Nos. 10e and 10f by producing 20 project files to be identified by Plaintiffs.

5. Defendants shall fully respond to Plaintiffs' First Request for Answers to Interrogatories Nos. 1, 2, 3, 4, 5 and 6 no later than July 24, 2001. (This date reflects the Court's granting of an extension of time from the original date ordered for production of July 16, 2001). To the extent that these interrogatories can be fully answered with the production of QuickBooks electronic payroll data, such production will suffice. To the extent that the interrogatories seek additional information, Defendants are ordered to so supplement.

6. Defendants shall respond to Plaintiffs' First Request for Answers to Interrogatories No. 2 by producing information on the projects worked on by Defendants from January 1, 1998, to present that reflect the location of the project, the nature of the project, the dates of the project and customers' or general contractors' names and addresses. Although the Court initially deferred the issue of whether Defendants need to produce customer and/or general contractors' names and addresses for each project, the report to the Court contains no objection to doing so.

7. To the extent that there are any remaining discovery disputes, the Court orders the parties to provide the Court with an updated report which will be addressed

at the Court conference on August 23, 2001.

Dated: July 20, 2001.

Susan Richard Nelson
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500