**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND, et al.,

Plaintiffs,

Civil No. 01-261 (JRT/SRN)

**ORDER OF DISMISSAL**

v.

NORTHSTAR FIRE OF AMERICA, INC.,

Defendants.

---

R. Richard Hopp, O'DONOGHUE & O'DONOGHUE, 4748 Wisconsin Avenue, NW, Washington, DC 20016, and Richard A. Williams, Jr. WILLIAMS & IVERSON, 1611 West County Road B, Suite 208, Roseville, MN 55113, for plaintiff.

Paul L. Landry, FREDRIKSON & BYRON, 900 South Second Avenue South, Suite 1100, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: 9/21/01
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED SEP 21 2001
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________